# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**ERIC MCGUIRE SR #597197**          **CASE NO. 3:19-CV-00245 SEC P**

**VERSUS**                           **JUDGE TERRY A. DOUGHTY**

**JIM TUTEN ET AL**                  **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation [Doc. No. 26] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 27] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [Doc. No. 23] is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 22nd day of January, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE